**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JIMMY HEATH**

     **versus**


**GULF ISLAND FABRICATION, INC. and**
**GULF SOUTH RISK SERVICES**

**CIVIL ACTION**
**NUMBER: 24-2939**


**SECTION: " E "**
**Judge: Fallon**
**MAGISTRATE:(2)**
**Mag. Judge: van Meerveld**


**MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P.**
**RULES §§ 12(b)(6) 12(d), 56(a) and 56(c)**


    **NOW INTO COURT**, through undersigned counsel, come defendants Gulf Island

Fabrication, Inc. and Gulf South Risk Services, Inc., who request an order dismissing the instant

proceeding pursuant to Fed. R. Civ. P. Rules §§ 12(b)(6) 12(d), 56(a) and 56(c) for reasons set

forth with particularity in the Memorandum in Support hereof filed contemporaneously herewith.

                    Respectfully Submitted,

                  /s/ Russell B. Ramsey
                  **RUSSELL B. RAMSEY, L.L.C.**
                  Russell B. Ramsey, LSBA#19441(T.A.)
                  7650 Old Hammond Hwy
                  Baton Rouge, LA       70809
                  Telephone (504) 343-0547
                  Email: russ2164@gmail.com


**CERTIFICATE OF SERVICE**

    I do hereby certify that service of the foregoing was accomplished by regular mail, hand delivery, telefax, email, and/or through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not an Electronic Filing User in accordance with the Federal Rules and the Local Rules of this Court on this 3rd  day of February 2025.

                                      /s/ Russell B. Ramsey